[No. 9164-0-II. Division Two. July 17, 1987.]

*In the Matter of the Marriage of* ZITA HYMAN, *Respondent, and* DAVID HYMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 229235, Rosanne Buckner, J., entered September 6, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Gavin, J. Pro Tem., concurred in by Brachtenbach and Ennis, JJ. Pro Tem.

[No. 8935-1-II. Division Two. July 17, 1987.]

DONALD MIRKOVICH, ET AL, *Appellants,* v. ROBERT MITTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-00109-2, Rosanne Buckner, J., entered June 26, 1985. *Remanded* by unpublished opinion per Ladley, J. Pro Tem., concurred in by Goodloe and Mitchell, JJ. Pro Tem.

[No. 9817-2-II. Division Two. July 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FLOYD E. CORNWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00294-9, David E. Foscue, J., entered April 16, 1986. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Doran and Mitchell, JJ. Pro Tem.